## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
                                        :
In re:                                  :    Chapter 11
                                        :
EGENIX, INC.,                           :    Case No. 14-12818 (BLS)
                                        :
            Debtor.[1]                  :
                                        :
                                        :
-------------------------------------------------- x
```

## LIST OF CREDITORS HOLDING
## THE 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

Attached hereto is a list of the creditors that hold the twenty (20) largest unsecured claims against Egenix, Inc., the debtor and debtor-in-possession in the above-captioned case (the "Debtor"). This list was prepared from the Debtor's books and records. The list does not include claims that are held by "insiders" or secured claims. The Debtor reserves the right to challenge any claim, and nothing herein shall constitute an admission of liability or otherwise bind the Debtor.

---

[1]     The last four digits of the Debtor's federal tax identification number are 0172. The mailing address for the Debtor is 2363 Clove Road, LaGrangeville, NY 12540.

| No. | Name of the Creditor | Contact and Mailing Address | Nature of the Claim | Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of the Claim |
|---|---|---|---|---|---|
| 1 | Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas New York, NY 10036 | Fees for Professional Services | Contingent | $650,248.33 |
| 2 | Harley & Deickler LLP | 392 Rail Tree Road P.O. Box 264 Woodbury, CT 06798-0264 | Fees for Professional Services | | $411,960.51 |
| 3 | Harvard University | c/o President and Fellows of Harvard College P.O. Box 415649 Boston, MA 02241-5649 | Licensing Fees | | $157,000.00 |
| 4 | Hamilton, Brook, Smith & Reynolds, P.C. | 530 Virginia Road P.O. Box 9133 Concord, MA 01741-9133 | Fees for Professional Services | | $84,704.20 |
| 5 | Jones Day | 222 East 41st Street New York, NY 10017-6702 | Fees for Professional Services | | $58,097.49 |
| 6 | GBH CPAs, PC | 6002 Rogerdale Road Suite 500 Houston, TX 77072 | Fees for Professional Services | | $51,100.00 |
| 7 | China Gateway Life Science (Holdings) Ltd. | Building No. 5 998 Halei Road Zhangjiang Hi-Tech Park Pudong New Area Shanghai, 201203 People's Republic of China | Trade Debt | | $29,220.00 |
| 8 | Hull & Knarr LLP | 521 East County Line Road Suite A Greenwood, IN 46143 | Fees for Professional Services | | $24,447.92 |
| 9 | Averion International Corp. | P.O. Box 3612 Boston, MA 02241-3612 | Trade Debt | | $20,927.30 |
| 10 | Paul Hastings LLP | 75 East 55th Street New York, NY 10022-3205 | Fees for Professional Services | | $15,242.72 |

1

| No. | Name of the Creditor | Contact and Mailing Address | Nature of the Claim | Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of the Claim |
|---|---|---|---|---|---|
| 11 | Selig, William | 4 Nora Lane Groveland, MA 01834 | Consulting Fees | | $12,500.00 |
| 12 | Yamauchi & Mason LLC | 60 Tufts Street Suite 17 Somerville, MA 02145 | Fees for Professional Services | | $12,353.25 |
| 13 | Millipore Corporation | c/o Marinstein & Marinstein, Esqs., PLLC 22 First Street P.O. Box 155 Troy, NY 12181-0155 | Trade Debt | | $11,875.00 |
| 14 | Ende, Eric | 102 Via Palacio Palm Beach Gardens, FL 33418 | Consulting Fees | | $10,000.00 |
| 15 | Southern Research Institute | MSC #215 P.O. Box 10992 Birmingham, AL 35202-0992 | Trade Debt | | $9,275.00 |
| 16 | American Stock Transfer & Trust Company, LLC | P.O. Box 12893 Philadelphia, PA 19176-0893 | Fees for Services | | $7,148.16 |
| 17 | Perelson Weiner L.L.P. | One Dag Hammarskjold Plaza New York, NY 10017 | Fees for Professional Services | | $7,084.00 |
| 18 | Jun He Law Offices | 36 West 44th Street Suite 914 New York, NY 10036 | Fees for Professional Services | | $6,197.00 |
| 19 | McLaughlin & Stern, LLP | 260 Madison Avenue New York, NY 10016 | Fees for Professional Services | | $3,959.70 |
| 20 | Thiel Statistical Consultants | 45 Tram Drive Oxford, CT 06478 | Consulting Fees | | $1,700.00 |

2

## DECLARATION OF WILLIAM T. NOLAN

I, William T. Nolan, the Chief Restructuring Officer of Egenix, Inc., declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 29, 2014

William T. Nolan
Chief Restructuring Officer