**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Egenix, Inc. | : | Case No. 14-12818 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Eric J. Ende**, 102 via Palacio, Palm Beach Gardens, FL 33418, Phone: 917-865-4084

2. **McLaughlin & Stern, LLP,** Attn: Richard Marlin, 260 Madison Ave., New York, NY 10016, Phone: 212-448-1100, Fax: 212-448-0066

3. **Nils Bergenhem,** 126 Clark Rd., Shirley, MA 01464, Phone: 617-447-4109


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ Timothy J. Fox for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: January 22, 2015

Attorney assigned to this Case: Timothy J. Fox, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: David R. Hurst, Esquire, Phone: (302) 652-3131, Fax: (302) 652-3117