## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ x
                                  :

In re:                           :     Chapter 11
                                  :

EGENIX, INC.,              :     Case No. 14-12818 (BLS)
                                  :

             Debtor.[1]        :
                                  :

------------------------------------------------------ x

## GENERAL NOTES PERTAINING TO SCHEDULES
## AND STATEMENT OF FINANCIAL AFFAIRS

On December 28, 2014 (the "Petition Date"), Egenix, Inc., as debtor and debtor-in-possession (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which case is being administered as Case No. 14-12818 (BLS). With the assistance of its professionals, the Debtor's management prepared the Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs (the "SOFA" and, together with the Schedules, the "Schedules and SOFA") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFA are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to the financial statements.

Although the Debtor's management has made every reasonable effort to ensure that the Schedules and SOFA are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery of inadvertent errors or omissions may result in material changes to the Schedules and SOFA. The information provided herein, except as otherwise noted, is as of the close of business on December 27, 2014, unless otherwise stated. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFA. Accordingly, the Schedules and SOFA remain subject to further review and verification by the Debtor. The Debtor reserves its right to amend the Schedules and SOFA from time to time as may be necessary or appropriate. These general notes regarding the Schedules and SOFA (the "General Notes") comprise an integral part of the Schedules and SOFA filed by the Debtor and should be referenced in connection with any review of the Schedules and SOFA. Nothing contained in the Schedules and SOFA shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

---

[1] The last four digits of the Debtor's federal tax identification number are 0172. The mailing address for the Debtor is 2363 Clove Road, LaGrangeville, NY 12540.

1.    <u>Information Subject to Confidentiality</u>.  The Debtor has deemed it necessary and appropriate to redact from the public record addresses of its employees and certain other individuals.

2.    <u>Amendments</u>.  The Debtor reserves the right to amend and/or supplement the Schedules and SOFA as necessary and/or appropriate.

3.    <u>Asset Presentation</u>.  Unless otherwise stated, each asset and liability of the Debtor is shown on the basis of the net book value of the asset or liability in the Debtor's unaudited accounting books and records, and of December 27, 2014, and not on the basis of current market values of such interest in property and/or liabilities.  The Debtor reserves its right to amend or adjust the value of each asset or liability set forth herein.

4.    <u>Liabilities</u>.  The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFA.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change, and the Debtor reserves the right to change the allocation of liability to the extent such additional information becomes available.

The liabilities listed on the Schedules do not reflect any analysis of Bankruptcy Code section 503(b)(9) claims.  Accordingly, the entire amount of a prepetition liability for goods delivered in the twenty (20) days prior to the Petition Date is commingled with a particular creditor's other open liabilities reflected in the Debtor's accounts payable system.

5.    <u>Estimates</u>.  To close the books and records of the Debtor as of the Petition Date, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of its assets, liabilities, revenue and expenses.

6.    <u>Causes of Action</u>.  Despite reasonable efforts, the Debtor might not have identified and/or set forth all of its causes of action against third parties as assets in its Schedules and SOFA.  The Debtor reserves any and all of its rights with respect to any causes of action it may have, and neither these General Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

7.    <u>Claims Description</u>.  Any failure to designate a claim on the Schedules and/or SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent" or "unliquidated."  The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules and SOFA as to amount, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment.

8.    <u>Property and Equipment</u>.  Nothing in the Schedules or SOFA (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all its rights with respect to such issues.

2

9.    Insiders.  In the circumstance where the Schedules and SOFA require information regarding insiders and/or officers and directors, the Debtor has attempted to include therein the Debtor's (a) "directors" (or persons in similar positions) and (b) employees that may be, or may have been during the relevant period, "officers," as such terms are defined in the Bankruptcy Code or other applicable law.  The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby expressly reserved.

10.    Intellectual Property Rights.  Exclusion of certain intellectual property from the Schedules and SOFA shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

11.    Excluded Assets and Liabilities.  The Debtor has excluded certain accrued liabilities, including accrued salaries, employee benefits, and tax accruals from the Schedules and SOFA.

12.    Specific Notes.  These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFA.  Disclosure of information in one Schedule, the SOFA, an exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, the SOFA or any exhibits or continuation sheets.

13.    Totals.  All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

14.    Unliquidated Claim Amounts.  Claim amounts that could not be fairly quantified by the Debtor are scheduled as "undetermined."

15.    General Reservation of Rights.  The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of its Schedules and SOFA as and to the extent necessary as it deems appropriate.

Specific Disclosures With Respect to the Debtor's Schedules

16.    Schedule E – Creditors Holding Unsecured Priority Claims.  The listing of any claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority under section 507(a) of the Bankruptcy Code.  The Debtor reserves the right to dispute the priority status of any claim on any basis.

17.    Schedule F – Creditors Holding Unsecured Nonpriority Claims.  Although the Debtor has made a reasonable attempt to set forth its unsecured obligations in Schedule F, the liabilities identified therein are derived from the Debtor's books and records, which may not be entirely accurate.  Accordingly, the actual amount of claims against the Debtor may vary from

3

the represented liabilities.  Parties in interest should not accept that any listed liability necessarily reflects the correct amount of any unsecured creditor's allowed claim or the correct amount of all unsecured claims.  Similarly, parties in interest should not anticipate that recoveries in this case will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFA.

The claims listed on Schedule F arose or were incurred on various dates and, in certain instances, the date on which a claim arose may be unknown or subject to dispute.  Because fixing that date for each claim in Schedule F would be unduly burdensome and cost prohibitive, the Debtor has not listed a date for the claims listed on Schedule F.

Schedule F does not include employee withholding obligations of the Debtor, such as garnishments and child support, which the Debtor remits directly to the applicable authority.  In addition, Schedule F does not include certain deferred charges, deferred liabilities or accruals.

Schedule F does not include potential rejection damages claims, if any, of counterparties to executory contracts or unexpired leases that may be rejected by the Debtor.

18.    Schedule G – Executory Contracts and Unexpired Leases.  Although the Debtor has made every effort to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties and obligations may not be set forth separately on Schedule G.  In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as easements, rights of way, subordination agreements, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth in Schedule G.

The Debtor reserves all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

The Debtor may be party to certain agreements that have expired by their terms. Out of an abundance of caution, the Debtor has listed certain such agreements on Schedule G. The Debtor's inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission of those contracts from Schedule G.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract.  The Debtor reserves the right to dispute the

effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

<u>Specific Disclosures With Respect to the Debtor's SOFA</u>

19.    <u>Statement 3b</u>.  Statement 3b excludes (a) employee withholdings such as tax withholdings and benefits withholdings remitted by the Debtor to the applicable authorities; and (b) amounts paid to insiders (which are reflected in Statement 3c).

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: EGENIX, INC.                                                    Case No. 14-12818 (BLS)
                                                                       Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtors assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtors liabilities. Individual debtors must also complete the Statistical Summary of Certain Liabilities and Related Data if they file a case under chapter 7, 11 or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 12 | $649,116.68 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $56,436.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $3,864,175.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Not Applicable | Not Applicable | | | $ |
| J - Current Expenditures of Individual Debtor(s) | Not Applicable | Not Applicable | | | $ |
| Total Number of Sheets of All Schedules - | | 26 | | | |
| Total Assets - | | | $649,116.68 | | |
| Total Liabilities - | | | | $3,920,611.32 | |

Pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure, the Debtor hereby reserves the right to amend these schedules and statements from time to time and at any time to, among other things, correct errors and/or omissions, add or delete creditors, modify the amount and/or priority of claims, and identify claims as contingent, unliquidated, and/or disputed.

**In re: EGENIX, INC.**                                    **Case No: 14-12818 (BLS)**

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claims in the property only in Schedule C-Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Schedule Totals: | | |

(Report also on Summary of Schedules)

In re: **EGENIX, INC.**                                                                    **Case No: 14-12818 (BLS)**

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an 'X' in the appropriate position in the column labeled 'None.' If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H", "W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certficates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SEE ATTACHED SCHEDULE B2 | | $623,436.24 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | SEE ATTACHED SCHEDULE B9 | | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Schedule B Page 1

In re: **EGENIX, INC.**                                                    Case No: **14-12818 (BLS)**

### SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C § 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | SEE ATTACHED SCHEDULE B13 | | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | SEE ATTACHED SCHEDULE B14 | | $0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule A- Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | SEE ATTACHED SCHEDULE B22 | | UNDETERMINED |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | SEE ATTACHED SCHEDULE B23 | | UNDETERMINED |

In re: EGENIX, INC.                                    Case No: 14-12818 (BLS)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | SEE ATTACHED SCHEDULE B28 | | $50.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | SEE ATTACHED SCHEDULE B29 | | $25,630.44 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops-growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

9 Continuation sheet(s) attached          Total:     $649,116.68

(Include amounts from any continuation sheets attached. Report also on Summary of Schedules

**EGENIX, INC.**
**14-12818 (BLS)**

**B2. CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES.**

| NAME AND LOCATION | ACCOUNT TYPE | ACCOUNT NUMBER | TOTAL AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| BANK OF MILLBROOK<br>P.O. BOX F<br>3263 FRANKLIN AVENUE<br>MILLBROOK, NY 12545 | CHECKING | 821539 | $623,436.24 | CHECKING ACCT |

Page Subtotals:    $623,436.24

**Schedule Totals:    $623,436.24**

Page 1

EGENIX, INC.
14-12818 (BLS)

B9. INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH.

| COVERAGE | LIMITS | POLICY TERM | INSURER | POLICY NUMBER | TOTAL AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| DISABILITY | (50.0%) OF THE INSURED EMPLOYEE'S WEEKLY WAGE BUT IN NO CASE WILL SUCH BENEFIT EXCEED ONE HUNDRED SEVENTY DOLLARS ($170.00) | 1/1/15-12/31/15 | ARCH INSURANCE COMPANY | 11DBL0250500 | $0.00 | DISABILITY COVERAGE |
| WORKMAN'S COMPENSATION | 100,000,000,000 | 3/5/14-3/5/15 | THE STATE INSURANCE FUND | A 1270 556-2 | $0.00 | WORKMAN'S COMPENSATION COVERAGE |

Page Subtotals:     $0.00

Schedule Totals:     **$0.00**

EGENIX, INC.
14-12818 (BLS)

B13. STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES. ITEMIZE.

| COMPANY NAME | ADDRESS1 | ADDRESS2 | CITY/STATE/ZIP | COUNTRY | TOTAL AMOUNT | DESCRIPTION | SHARES OR OWNERSHIP PERCENTAGE |
|---|---|---|---|---|---|---|---|
| VGENIX, INC. | 69 NORTH TOWER HILL RD. | | MILLBROOK NY 12545 | | $0.00 | INCORPORATED AUGUST 7, 2014 AS A VETERINARY SUBSIDIARY | 100 |

Page Subtotals: $0.00

**Schedule Totals:** **$0.00**

# EGENIX, INC.
## 14-12818 (BLS)

### B14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. ITEMIZE.

| COMPANY NAME | ADDRESS1 | ADDRESS2 | CITY/STAT/ZIP | COUNTRY | OWNERSHIP PERCENTAGE | TOTAL AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| ABT-E, LLC | 69 NORTH TOWER HILL RD. | | MILLBROOK NY 12545 | | 50 | $0.00 | INCORPORATED DECEMBER 15, 2005. MEMBERS ARE EGENIX, INC AND ABT GENETIC ENGINEERING TECHNOLOGY CO., LTD, A CHINESE LIMITED LIABILITY JOINT VENTURE. FORMED FOR THE PURPOSE OF RESEARCHING, DEVELOPING, MANUFACTURING, MARKETING AND DISTRIBUTING CANCER DIAGNOSTICS AND THERAPEUTICS. |

Page Subtotals: $0.00

**Schedule Totals: $0.00**

**EGENIX, INC.**
**14-12818 (BLS)**

**B22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY. GIVE PARTICULARS.**

| TITLE/TRADEMARK | TOTAL AMT | DESCRIPTION | REGISTRATION NO. | REGISTERED | PUBLISHED |
|---|---|---|---|---|---|
| COMPOSITIONS AND METHODS FOR TREATING OR PREVENTING DISEASES OR DISORDERS ASSOCIATED WITH MISREGULATED EIF4E | UNDETERMINED | PATENT APPLICATION | APPLICATION NUMBER: PCT/ US13/66041 WIPO PUBLICATION NUMBER: WO 2014/066304 | FILED OCTOBER 22, 2013 | FILED OCTOBER 22, 2013 |

Page Subtotals:  UNDETERMINED

**Schedule Totals: UNDETERMINED**

**EGENIX, INC.**
**14-12818 (BLS)**

B23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS.

| TYPE | TOTAL AMOUNT | DESCRIPTION |
|---|---|---|
| RESEARCH COLLABORATION AGREEMENT | UNDETERMINED | RESEARCH COLLABORATION AGREEMENT BETWEEN THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE AND EGENIX, INC. |

Page Subtotals:   UNDETERMINED

**Schedule Totals: UNDETERMINED**

**EGENIX, INC.**
**14-12818 (BLS)**

**B28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES.**

| Type of Property | Total Amount | Description |
|---|---|---|
| AIR CONDITIONER | $0.00 | PURCHASED 08/06/98 FOR $1,210.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| CHIPPENDALE WING CHAIR | $0.00 | PURCHASED 09/15/98 FOR $6,328.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| DEHUMIDIFIER | $0.00 | PURCHASED 09/23/98 FOR $392.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| ELECTROLUX VACUUM | $0.00 | PURCHASED 04/12/99 FOR $1,072.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| FILE CABINETS | $0.00 | PURCHASED 08/20/03 FOR $1,234.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| FILE CABINETS | $0.00 | PURCHASED 02/12/04 FOR $718 - FULLY DEPRECIATED AS OF PETITION DATE |
| FURNITURE | $0.00 | PURCHASED 05/23/05 FOR $1,534.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| FURNITURE & FIXTURES | $0.00 | PURCHASED 01/01/97 FOR $8,893.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| FURNITURE & FIXTURES | $0.00 | PURCHASED 08/18/98 FOR $17,643.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| GENERATOR | $0.00 | PURCHASED 01/31/06 FOR $2,200.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| GENERATOR | $0.00 | PURCHASED 01/31/06 FOR $3,746.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| MISC OFFICE SUPPLIES | $50.00 | PENS, FILE FOLDERS, ENVELOPES, PAPER CLIPS (IN POSESSION OF DEBTOR AT PETITION DATE) |
| OFFICE EQUIPMENT | $0.00 | PURCHASED 01/01/97 FOR $16,614.00 - FULLY DEPRECIATED AS OF PETITION DATE |

Page Subtotals: $50.00

**Schedule Totals: $50.00**

Page 1

# EGENIX, INC.
# 14-12818 (BLS)

**B29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS.**

| TYPE OF PROPERTY | TOTAL AMOUNT | DESCRIPTION |
|---|---|---|
| COMPUTER | $0.00 | PURCHASED 06/24/02 FOR $504.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| COMPUTER | $0.00 | PURCHASED 12/07/07 IN THE AMOUNT OF $1,462.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| COMPUTER - ADMIN | $103.00 | PURCHASED 05/07/08 IN THE AMOUNT OF $1,540.00 - VALUED AT $103 12/31/13 |
| DELL COMPUTER | $0.00 | PURCHASED 03/07/03 IN THE AMOUNT OF $2,336.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| FAX MACHINE | $0.00 | PURCHASED 05/01/98 IN THE AMOUNT OF $762.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| HP COLOR PRINTER | $0.00 | PURCHASED 01/15/04 IN THE AMOUNT OF $1,086.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| HP LAPTOP | $0.00 | PURCHASED 10/22/03 IN THE AMOUNT OF $1,899.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| LAB EQUIPMENT | $0.00 | PURCHASED 01/01/97 FOR $11,761.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| LAB EQUIPMENT | $0.00 | PURCHASED 07/01/04 FOR $11,358.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| LAB EQUIPMENT | $0.00 | PARTIAL DISPOSAL OF LAB EQUIPMENT 07/01/01 -$6,000 |
| LAB EQUIPMENT | $0.00 | PURCHASED 07/01/01 FOR $19,362.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| LAPTOP COMPUTER (JOE) | $0.00 | PURCHASED 03/01/04 IN THE AMOUNT OF $984.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| LIFE SYSTEM CELL PHONE / SCANNER | $0.00 | PURCHASED 08/24/98 IN THE AMOUNT OF $775.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| MOBILON HAND HELD COMPUTER | $0.00 | PURCHASED 08/14/98 FOR $1,386.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| NEW COPIER | $0.00 | PURCHASED 11/15/04 IN THE AMOUNT OF $3,885.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| NEW PLATE WASHER (LAB EQUIPMENT) | $0.00 | PURCHASED 04/16/04 FOR $7,679.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| OFFICE COMPUTER | $1,000.00 | DELL DESKTOP COMPUTER PURCHASED NEW IN SEPTEMBER 2013 FOR APPROXIMATELY $1000.00 |
| PROJECTOR | $0.00 | PURCHASED 03/31/06 FOR $681.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| RESEARCH EQUIPMENT | $23,773.44 | MICROPLATE READER: PERKIN ELMER: ENVISION: 2103-0010: SN 1030371 ID #7258 WILL BE LOCATED AT: DELTA TECHNOLOGIES, 190 MAIN STREET, CLINTON, MA 01510 |
| REVCO CHEST FREEZER | $0.00 | PURCHASED 06/09/98 FOR $3,302.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| REVCO FREEZER | $0.00 | PURCHASED 09/18/01 FOR $9,421.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| SATELLITE INTERNET SYSTEM | $0.00 | PURCHASED 05/02/05 IN THE AMOUNT OF $920.00 - FULLY DEPRECIATED AS OF PETITION DATE |

Page Subtotals:    $24,876.44
**Page 1**

# EGENIX, INC.
## 14-12818 (BLS)

### B29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS.

| TYPE OF PROPERTY | TOTAL AMOUNT | DESCRIPTION |
|---|---|---|
| SCANNER (HP) | $34.00 | PURCHASED 06/27/08 IN THE AMOUNT OF $1,254.00 - VALUED AT $34 12/31/13 |
| TELEPHONE | $0.00 | PURCHASED 02/12/04 IN THE AMOUNT OF $212.00 - FULLY DEPRECIATED AS OF PETITION DATE |
| TELEPHONE SYSTEM | $720.00 | PURCHASED 07/29/09 IN THE AMOUNT OF $3,600 - VALUED AT $720 12/31/2013 |
| TOSHIBA COMPUTER | $0.00 | PURCHASED 01/09/04 IN THE AMOUNT OF $2,902.00 - FULLY DEPRECIATED AS OF PETITION DATE |

Page Subtotals:      $754.00

**Schedule Totals:    $25,630.44**

FOOTNOTE: -  THE OFFICE COMPUTER IS VALUED AT ITS PURCHASE PRICE IN SEPTEMBER OF 2013 AT $1,000.00

FOOTNOTE: - VALUE OF RESEARCH EQUIPMENT IS CALCULATED AT 50% OF ACTUAL VALUE BECAUSE AS OF THE PETITION DATE, DEBTOR MADE A DEPOSIT OF 50% OF VALUE OF EQUIPMENT.  REMAINING 50% OF CONSIDERATION IS TO BE PAID UPON DELIVERY OF EQUIPMENT, WHICH IS EXPECTED BY THE END OF JANUARY 2015.

In re: EGENIX, INC.                                                      Case No: 14-12818 (BLS)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemption to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that
                                                                          exceeds $155,675.

(Check one box)

☐ 11 U.S.C. § 522 (b)(2)

☐ 11 U.S.C. § 522 (b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

Version:1

In re: EGENIX, INC.                                      Case No: 14-12818 (BLS)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child' initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion , if Any" on the Statistical Summary of Certain Liabilities and Related Data.

[X]   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

|  | |
|---|---|
| Page Subtotals: | |
| Schedule Totals: | |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re: EGENIX, INC.                                                                                                Case No: 14-12818 (BLS)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations:**   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involutary case:**   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a)(3).

☒  **Wages, salaries, and commissions:**   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐  **Contributions to employee benefit plans:**   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(5).

☐  **Certain farmers and fishermen:**   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a)(6).

☐  **Deposits by individuals:**   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and certain other debts owed to governmental units:**   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a)(8).

☐  **Commitments to maintain the capital of an insured depository institution:**   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor was Intoxicated:**   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507 (a)(10).

* Amounts are subject to adjustment on April 1, 2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: EGENIX, INC.                                                    Case No: 14-12818(BLS)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

WAGES, SALARIES, AND COMMISSIONS

Type of Priority

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO: _____ NICHOLAS ROSSETTOS ADDRESS INTENTIONALLY OMITTED | | | WAGES, SALARIES AND COMMISSIONS -5/15/13-9/18/14 | | | X | 56,436.00 | 7,049.00 | 49,387.00 |

|  | | Subtotal: (Total of this page) | $56,436.00 | $7,049.00 | $49,387.00 |
|---|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | Totals: | $56,436.00 | ▉▉▉▉▉ | ▉▉▉▉▉ |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | Totals: | ▉▉▉▉▉ | $7,049.00 | $49,387.00 |

Schedule E Page 1

In re: **EGENIX, INC.**                                        Case No: **14-12818 (BLS)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS 52001 PO BOX 1270 NEWARK, NJ 07101-1270 | | | PAYABLE | | | X | $97.26 |
| AMERICAN EXPRESS 55008 PO BOX 1270 NEWARK, NJ 17101-1270 | | | PAYABLE | | | X | $95.00 |
| AMERICAN STOCK TRANSFER & TRUST CO. PO BOX 12893 PHILADELPHIA, PA 19176-0893 | | | PAYABLE | | | X | $7,148.16 |
| AVERION INTERNATIONAL CORP PO BOX 3612 BOSTON, MA 02241-3612 | | | PAYABLE | | | X | $20,927.30 |
| BERGENHEM, NILS EXPENSES ADDRESS INTENTIONALLY OMITTED | | | PAYABLE | | | X | $290.89 |
| CENTRAL HUDSON GAS & ELECTRIC 284 SOUTH AVENUE POUGHKEEPSIE, NY 12601-4839 | | | PAYABLE | | | X | $1,722.49 |
| CHARLES RIVER (FKA MIR PRECLINICAL) 800 TECHNOLOGY DRIVE ANN ARBOR, MI 48108 | | | PAYABLE | | | X | $3,280.00 |

Schedule F Page 1                                                                 Page Subtotals:  $33,561.10

In re: EGENIX, INC.                                    Case No: 14-12818 (BLS)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| CHINA GATEWAY LIFE SCIENCE (HOLDINGS) LTD NO.5 BLDG 998 HALEI ROAD ZHANGJIANG HI-TECH PARK PUDONG NEW AREA SHANGHAI 201203 CHINA | | | PAYABLE | | | X | $29,220.00 |
| CLOUD PHARMACEUTICALS C/O ED ADDISON 3612 LION RIDGE CT. RALEIGH, NC 27612 | | | EXPENSE REIMBURSEMENT FOR SHAHAR KEINAN | | | | $342.47 |
| CONTINENTAL CORPORATE SERVICES 189 FRANKLIN AVENUE, SUITE 1 NUTLEY, NJ 07110 | | | PAYABLE | | | X | $661.00 |
| DENAN, INC. 604 BOYLE LANE MCLEAN, VA 22012 | X | | UNSECURED LOAN | | | | $2,140,000.00 |
| DUTCHESS MANAGEMENT P.O. BOX 1107 MILLBROOK, NY 12545 | | | PAYABLE | | | X | $117,931.72 |
| ENDE, ERIC ADDRESS INTENTIONALLY OMITTED | | | PAYABLE | | | X | $10,000.00 |
| ENDE, ERIC  EXP ADDRESS INTENTIONALLY OMITTED | | | PAYABLE | | | X | $1,266.17 |
| FEDEX P.O. BOX 371461 PITTSBURGH, PA 15250-7461 | | | PAYABLE | | | | $29.52 |
| GBH CPAS, PC 6002 ROGERDALE, SUITE 500 HOUSTON, TX 77072 | | | PAYABLE | | | X | $51,100.00 |
| HAMILTON, BROOK, SMITH & REYNOLDS 530 VIRGINIA ROAD BOX 9133 CONCORD, MA 01741-9133 | | | PAYABLE | | | X | $84,704.20 |
| HARLEY & DEICKLER COLIN HARLEY 392 RAIL TREE HILL RD PO BOX 264 WOODBURY, CT 06798-0264 | | | PAYABLE | | | X | $411,960.51 |

Page Subtotals: $2,847,215.59

In re: EGENIX, INC.                                                           Case No: 14-12818 (BLS)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| HARVARD  UNIVERSITY OFFICE FOR SPONSORED PROGRAMS ATTN: MARC TODESCO 1350 MASSACHUSETTS AVE., SMITH CAMPUS CENTER, SUITE 600 CAMBRIDGE,  MA 02138 | | | PAYABLE | | | X | $157,249.98 |
| HARVARD UNIVERSITY OFFICE OF TECHNOLOGY DEPARTMENT 1350 MASSACHUSETTS AVENUE SMITH CAMPUS CENTER, SUITE 727 CAMBRIDGE, MA 02138 | | | PAYABLE - INVOICES FOR LEGAL SERVICES | | | X | $3,628.72 |
| HULL AND KNARR, LLP 521 EAST COUNTY LINE ROAD SUITE A GREENWOOD, IN 46143 | | | PAYABLE | | | X | $24,447.92 |
| IBARRA, SUSANNA ADDRESS INTENTIONALLY OMITTED | | | PAYABLE | | | X | $600.00 |
| JONES DAY 222 EAST 41ST STREET NEW YORK, NY 10017-6702 | | | PAYABLE | | | X | $58,097.49 |
| JUN HE LAW OFFICES JOHN DU 36 WEST 44TH STREET, SUITE 914 NEW YORK, NY 10036 | | | PAYABLE | | | X | $6,197.00 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP 1177 AVE OF AMERICAS NEW YORK, NY 10036 | | | PAYABLE | | | X | $650,248.33 |
| LAIDLAW & COMPANY 90 PARK AVENUE, 31ST FLOOR NEW YORK, NY 10016 | | | PAYABLE | | | X | $1,036.75 |
| LEVINE, JEDD ADDRESS INTENTIONALLY OMITTED | | | PAYABLE | | | | $339.20 |
| M&T BANK 4998 P.O. BOX 62146 BALTIMORE, MD 21264-2146 | | | PAYABLE | | | X | $528.48 |
| MCLAUGHLIN & STERN, LLP 260 MADISON AVENUE NEW YORK, NY 10016 | | | PAYABLE | | | X | $3,959.70 |

Schedule F Page 3                                          Page Subtotals:  $906,333.57

In re: EGENIX, INC.                                                    Case No: 14-12818 (BLS)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| MEDX ASSOCIATES LLC<br>10 WINFIELD WAY<br>SPRINGFIELD, NJ 07081 | | | PAYABLE | | | X | $2,800.00 |
| MILLIPORE CORPORATION<br>EDWARD R. MARINSTEIN<br>MARINSTEIN & MARINSTEIN, ESQS., PLLC<br>22 FIRST STREET - BOX 155<br>TROY, NY 12181 | | | PAYABLE | | | X | $11,875.00 |
| NATIONAL REGISTERED AGENTS (ABT)<br>PETRON ASSOCIATES LLC<br>P.O. BOX 5598<br>NEWARK, DE 19714-5598 | | | PAYABLE | | | X | $150.00 |
| NATIONAL REGISTERED AGENTS (BIO)<br>P.O. BOX 927<br>WEST WINDSOR, NJ 08550-0927 | | | PAYABLE | | | X | $189.00 |
| NATIONAL REGISTERED AGENTS (TR2)<br>P.O. BOX 4349<br>CAROL STREAM, IL 60197-4349 | | | PAYABLE | | | X | $320.00 |
| PAUL, HASTING, JANOFSKY, WALKER LLP<br>75 EAST 55TH STREET<br>NEW YORK, NY 10022-3205 | | | PAYABLE | | | X | $15,242.72 |
| PERELSON WEINER LLP<br>ONE DAG HAMMARSKJOLD PLAZA<br>NEW YORK, NY 10017 | | | PAYABLE | | | X | $7,084.00 |
| PROGRESSIVE INSURANCE<br>PO BOX 6807<br>CLEVELAND, OH 44101-9930 | | | PAYABLE | | | X | $464.83 |
| SAGEPOINT, INC<br>RICHARD TOLLAND<br>PO BOX 1536<br>MILLBROOK, NY 12545-1536 | | | PAYABLE | | | | $906.25 |
| SELIG, WILLIAM<br>ADDRESS INTENTIONALLY OMITTED | | | PAYABLE | | | X | $12,500.00 |
| SOUTHERN RESEARCH INSTITUTE<br>MSC #215<br>P.O. BOX 10992<br>BIRMINGHAM, AL 35202-0992 | | | PAYABLE | | | X | $9,275.00 |

Page Subtotals:   $60,806.80

In re: EGENIX, INC.                                                    Case No: 14-12818 (BLS)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| SPEID & ASSOCIATES<br>LORNA SPEID<br>13243 KINGSFIELD COURT<br>SAN DIEGO, CA 92130 | | | PAYABLE | X | X | X | UNDETERMINED |
| SUPERIOR TELEPHONE SYSTEMS<br>2410 ROUTE 44<br>SALT POINT, NY 12578 | | | PAYABLE | | | X | $519.00 |
| THIEL STATISTICAL CONSULTANTS<br>45 TRAM DRIVE<br>OXFORD, CT 06478 | | | PAYABLE | | | X | $1,700.00 |
| US - YELLOW (YELLOW PAGES)<br>PO BOX 41308<br>JACKSONVILLE, FL 32203 | | | PAYABLE | | | X | $687.00 |
| US BANK LEASE SERVICES<br>P.O. BOX 790117<br>ST. LOUIS, MO 63179-0117 | | | PAYABLE | | | X | $999.01 |
| YAMAUCHI MASON, LLC<br>60 TUFTS STREET<br>SUITE 17<br>SOMERVILLE, MA 02145 | | | PAYABLE | | | X | $12,353.25 |

Page Subtotals:  $16,258.26

Schedule Totals:  $3,864,175.32

(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: **EGENIX, INC.**                                                        Case No: 14-12818 (BLS)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| ABBVIE, INC.<br>ATTN: VICE PRESIDENT AND ASSOCIATE GENERAL COUNSEL, BUSINESS LEGAL<br>DEPT. V323<br>1 N WAUKAGEN RD.<br>NORTH CHICAGO, IL 60064 | MUTUAL CONFIDENTIALITY DISCLOSURE AGREEMENT |
| ABT-E, LLC<br>69 NORTH TOWER HILL RD.<br>MILLBROOK, NY 12545 | JOINT VENTURE AGREEMENT |
| CAYMAN CHEMICAL<br>ATTN: LEGAL DEPARTMENT<br>1180 E. ELLSWORTH ROAD<br>ANN ARBOR, MI 48108 | MUTUAL CONFIDENTIALITY DISCLOSURE AGREEMENT |
| CLOUD PHARMACEUTICALS<br>(FORMERLY TERAFFINITY INC., DBA TERADISCOVERIES)<br>ATTN: ED ADDISON<br>3612 LION RIDGE CT.<br>RALEIGH, NC 27612 | COLLABORATION RESEARCH AGREEMENT BETWEEN TERAFFINITY INC., DBA TERADISCOVERIES (NOW CLOUD PHARMACEUTICALS) AND EGENIX, INC. |
| COOPER MEDCHEM<br>MR. ALAN COOPER<br>23 NATALIE DRIVE<br>WEST CALDWELL, NJ 07006 | CONSULTING AGREEMENT BETWEEN COOPER MEDCHEM AND EGENIX, INC. |
| DENAN, INC.<br>ATTN: MR. DENDY YOUNG<br>604 BOYLE LANE<br>MCLEAN, VA 22102 | PROMISSORY NOTE BETWEEN EGENIX, INC. / DONALD FRESNE AND DENAN, INC. |
| DENAN, INC.<br>ATTN: MRS. ANDREA YOUNG<br>604 BOYLE LANE<br>MCLEAN, VA 22102 | PROMISSORY NOTE BETWEEN EGENIX, INC. / DONALD FRESNE AND DENAN, INC. |
| DONALD FRESNE<br>ADDRESS INTENTIONALLY OMITTED | PROMISSORY NOTE BETWEEN EGENIX, INC. / DONALD FRESNE AND DENAN, INC. |
| DUTCHESS MANAGEMENT COMPANY<br>C/O DONALD FRESNE<br>PO BOX 1107<br>MILLBROOK, NY 12545 | REAL PROPERTY LEASE AGREEMENT |

In re: EGENIX, INC.                                          Case No: 14-12818 (BLS)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| EPIZYME, INC.<br>ATTN: DR. ROBERT GOULD<br>400 TECHNOLOGY SQUARE<br>4TH FLOOR<br>CAMBRIDGE, MA 02139 | MUTUAL CONFIDENTIALITY DISCLOSURE AGREEMENT |
| ERIC ENDE<br>ADDRESS INTENTIONALLY OMITTED | SERVICES AGREEMENT |
| HARVARD MEDICAL SCHOOL<br>OFFICE OF TECHNOLOGY DEVELOPMENT<br>ATTN: DIRECTOR OF BUSINESS DEVELOPMENT<br>GORDON HALL, ROOM 414<br>25 SHATTUCK ST.<br>BOSTON, MA 02115 | RESEARCH COLLABORATION AGREEMENT BETWEEN THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE AND EGENIX, INC. |
| JEDD LEVINE<br>ADDRESS INTENTIONALLY OMITTED | AMENDED EGENIX EMPLOYMENT AGREEMENT DATED APRIL 1, 2008 |
| JERRY SHIPPS, PHD<br>ADDRESS INTENTIONALLY OMITTED | CONSULTING AGREEMENT WITH EGENIX, INC., |
| JIM TOZER<br>ADDRESS INTENTIONALLY OMITTED | MUTUAL CONFIDENTIALITY DISCLOSURE AGREEMENT |
| KALLIOPI E. LADON FAMILY TRUST<br>ATTN: MR. NIKOLAS LADON<br>19015 VAN AKEN BOULEVARD, UNIT 202<br>SHAKER HEIGHTS, OH 44122 | LETTER OF INTENT |
| KRAMER, LEVIN, NAFTALIS & FRANKEL<br>MANAGING PARTNER<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | STANDSTILL AGREEMENT |
| MCLAUGHLIN & STERN, LLP<br>260 MADISON AVENUE<br>NEW YORK, NY 10016 | RETAINER LETTER |
| MEDIZINISCHE HOCHSCHULE HANNOVER ("MHH")<br>ATTN: ADRIAN SCHWARZER, M.D.<br>DEPARTMENT OF EXPERIMENTAL HEMATOLOGY OE6960<br>CARL-NEUBERG-STR. 1<br>30625-HANNOVER<br>GERMANY | RESEARCH AND DEVELOPMENT COLLABORATION AGREEMENT BETWEEN MEDIZINISCHE HOCHSCHULE HANNOVER ("MHH") AND EGENIX, INC. |
| MICHAEL PATANE, PHD<br>ADDRESS INTENTIONALLY OMITTED | CONSULTING AGREEMENT WITH EGENIX, INC. |

**In re: EGENIX, INC.**                                      Case No: 14-12818 (BLS)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NGN CAPITAL LLC<br>MR. BILL GEDALE<br>369 LEXINGTON AVENUE, 17TH FL<br>NY, NY 10017 | CONSULTING AGREEMENT WITH EGENIX, INC. |
| NILS BERGENHEM<br>ADDRESS INTENTIONALLY OMITTED | EMPLOYMENT CONTRACT |
| PARAZA PHARMA, INC.<br>ATTN: ARSHAD SIDDIQUI, PRESIDENT AND CEO<br>7171 FREDERICK-BANTING<br>MONTREAL, QUEBEC H4S 1Z9<br>CANADA | COLLABORATION AGREEMENT BETWEEN PARAZA PHARMA AND EGENIX, INC. |
| REGENTS OF THE UNIVERSITY OF MINNESOTA<br>ATTN: ASSOCIATE DIRECTOR, OFFICE FOR TECHNOLOGY COMMERCIALIZATION<br>MCNAMARA ALUMNI CENTER<br>200 OAK ST. SE<br>SUITE 280<br>MINNEAPOLIS, MN 55455 | MATERIAL TRANSFER AGREEMENT |
| RICHARD KENT<br>ADDRESS INTENTIONALLY OMITTED | EMPLOYMENT AGREEMENT WITH EGENIX, INC. |
| SYGNATURE DISCOVERY LIMITED<br>ATTN: DR. STUART ONIONS, DIRECTOR OF RESEARCH MANAGEMENT<br>BIOCITY<br>PENNYFOOT STREET<br>NOTTINGHAM NG1 1GF<br>UNITED KINGDOM | MASTER SERVICES AGREEMENT BETWEEN SYGNATURE DISCOVERY LIMITED AND EGENIX, INC. |
| TRANS-2, LLC<br>C/O DONALD FRESNE<br>PO BOX 1107<br>MILLBROOK, NY 12545 | EXCLUSIVE SUBLICENSE AGREEMENT |
| VICTOR KEEN<br>ADDRESS INTENTIONALLY OMITTED | MUTUAL CONFIDENTIALITY DISCLOSURE AGREEMENT |
| WR BISHOP ONCOLOGY CONSULTING, LLC<br>C/O W. ROBERT BISHOP, PH.D.<br>17 HOPPER AVENUE<br>POMPTON PLAINS, NJ 07444 | CONSULTING AGREEMENT BETWEEN WR BISHOP ONCOLOGY CONSULTING, LLC |

**In re: EGENIX, INC.**                                          **Case No: 14-12818 (BLS)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address if the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| DONALD FRESNE<br>ADDRESS INTENTIONALLY OMITTED | DENAN, INC.<br>604 BOYLE LANE<br>MCLEAN, VA 22012 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: EGENIX, INC.

Case No. 14-12818 (BLS)
Chapter 11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, William T. Nolan, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 27 sheets [total shown on summary page plus 1], and that they are true and correct to the best of my knowledge, information and belief.

Date: _____ January 23, 2015 _____        Signature: _____

Name: William T. Nolan
Title: Chief Restructuring Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571.