# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EGENIX, INC.,[1] | : | Case No. 14-12818 (CSS) |
| | : | |
| Debtor. | : | |

## NOTICE OF ENTRY OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Archer & Greiner, P.C., proposed counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby enters its appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and facsimile number:

> David W. Carickhoff, Esq.
> Jennifer L. Dering, Esq.
> ARCHER & GREINER, P.C.
> 300 Delaware Avenue, Suite 1370
> Wilmington, DE 19801
> Telephone: 302-777-4350
> Facsimile:  302-777-4352
> E-mail: dcarickhoff@archerlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph,

---

[1] The last four digits of the Debtor's federal tax identification number are 0172.  The mailing address for the Debtor is 2363 Clove Road, LaGrangeville, NY  12540.

telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: January 23, 2015

/s/ *David W. Carickhoff*
David W. Carickhoff (No. 3715)
Jennifer L. Dering (No. 4918)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile:  302-777-4352
E-mail: dcarickhoff@archerlaw.com

Proposed Counsel for the Official Committee of Unsecured Creditors

12071789v1