IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
In re: : Chapter 11
:
EGENIX, INC., : Case No. 14-12818 (BLS)
:
Debtor.[1] : Objection Date: March 16, 2015 at 4:00 p.m.
: Hearing Date: *Only if Objections are filed*
------------------------------------------------------------x

## SUMMARY OF FIRST MONTHLY APPLICATION OF DONLIN, RECANO & COMPANY, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT TO THE DEBTOR FOR THE PERIOD DECEMBER 28, 2014 THROUGH JANUARY 31, 2015

| | |
|---|---|
| Name of Applicant: | Donlin, Recano & Company, Inc.<br>6201 15th Avenue<br>Brooklyn, NY 11219<br>Telephone Number (212) 481-1411 |
| Authorized to Provide Services to: | Debtor and Debtor in Possession |
| Date of Retention: | January 30, 2015, *nunc pro tunc* to December 28, 2014 |
| Period for which compensation and reimbursement is sought: | December 28, 2014 through January 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $10,895.00 |
| Less 20% Reserve per procedures for interim compensation and reimbursement of expenses: | $2,179.00 |
| TOTAL FEES: | $8,716.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 0172. The mailing address for the Debtor is 2363 Clove Road, LaGrangeville, NY 12540.

Amount of Expense Reimbursement
sought as actual, reasonable and necessary: $22.88

This is a: Monthly __X__ Interim _____ Final _____ Application.

The total time expended for fee application preparation is approximately 0.2 hours and the corresponding compensation requested is approximately $49.00.

If this is not the first application filed, disclose the following for each prior application

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| N/A | N/A | N/A | N/A | N/A | N/A |

## SUMMARY OF PROFESSIOANLS

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
| --- | --- | --- | --- | --- |
| Andrew Logan | Senior Bankruptcy Consultant | $245.00 | 39.4 | $9,653.00 |
| Leena Vohra | Senior Programmer | $125.00 | 6.0 | $750.00 |
| Lynne Upton | Senior Noticing Manager | $120.00 | 4.1 | $492.00 |
| **Grand Total** | | | 49.5 | 10,895.00 |
| **Blended Rate** | | | | $220.10 |

## SCHEDULE OF COMPENSATION BY PROJECT CATEGORY

| TASK | HOURS | FEES |
|---|---|---|
| Retention | 5.5 | $1,347.50 |
| Schedules and Statement Preparation | 43.8 | $9,498.50 |
| Fee Statement and Application Preparation | 0.2 | $49.00 |
| **GRAND TOTAL** | **49.5** | **$10,895.00** |

## SCHEDULE OF EXPENSES

| CATEGORY OF EXPENSES | AMOUNT |
|---|---|
| Laser Print (265 pages @$0.08/page) | $21.20 |
| Photocopies (16 pages @$0.08/page) | $1.28 |
| Scanning (4 images @ $0.10/image) | $0.40 |
| **GRAND TOTAL** | **$22.88** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
EGENIX, INC.,                                               :   Case No. 14-12818 (BLS)
                                                            :
         Debtor.[1]                                         :   Objection Date: March 16, 2015 at 4:00 p.m.
                                                            :   Hearing Date: *Only if Objections are filed*
------------------------------------------------------------x

**FIRST MONTHLY APPLICATION OF DONLIN, RECANO & COMPANY, INC., FOR
COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT TO THE
DEBTOR FOR THE PERIOD DECEMBER 28, 2014 THROUGH JANUARY 31, 2015**

Pursuant to sections 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and this Court's January 30, 2015 *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 67] (the "Administrative Fee Order"), Donlin, Recano & Company, Inc. ("DRC"), hereby submits this first monthly application (the "First Monthly Application") for compensation of services rendered as administrative agent for Egenix, Inc. (the "Debtor"), seeking approval and payment of professional fees in the amount of $8,716.00 (80% of $10,895.00) together with reimbursement of DRC's actual and necessary expenses incurred in the amount of $22.88 for the period commencing December 28, 2014 through and including

---

[1] The last four digits of the Debtor's federal tax identification number are 0172. The mailing address for the Debtor is 2363 Clove Road, LaGrangeville, NY 12540.

January 31, 2015 (the "Compensation Period"). In support of this First Monthly Application, DRC respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this matter pursuant to the provisions of 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

2. On December 28, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware.

3. The Debtor has continued in the possession of its property and has continued to operate and manage its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this case.

4. On January 9, 2015, the Debtor filed the *Debtor's Application For Order Under 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Authorizing the Employment and Retention of Donlin, Recano & Company Inc., as Administrative Agent to the Debtor, Nunc Pro Tunc to the Petition Date* [Docket No. 27] (the "Employment Application"). On January 30, 2015, the Court entered the *Order Under 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Authorizing the Employment and Retention of Donlin, Recano & Company Inc., as Administrative Agent to the Debtor, Nunc Pro Tunc to the Petition Date* [Docket No. 66].

5.  Pursuant to the Administrative Fee Order, each Professional may file and serve a monthly fee statement seeking interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during the preceding month. If no objections are raised prior to the expiration of the Objection Deadline (as defined in the Administrative Fee Order), the Debtor is authorized to pay each Professional an amount equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the monthly fee statement or (ii) 80% of the fees and 100% of the expenses requested in the monthly fee statement that are not subject to an objection.

### RELIEF REQUESTED

6.  Through this First Monthly Application, and in accordance with the Administrative Fee Order, DRC seeks interim allowance of fees in the amount of $10,895.00 in fees, payment of 80% of that amount ($8,716.00) for services rendered on behalf of the Debtor during the Compensation Period, and reimbursement of $22.88 in reasonable and necessary expenses incurred during the Compensation Period. Moreover, and as set forth above, DRC seeks payment of fees and expenses during the Compensation Period in the total amount of $8,738.88, which is comprised of (a) $8,716.00 (80% of $10,895.00) in fees and (b) $22.88 in expenses.

7.  DRC has received no payment and no promises for payment from any source other than the Debtor for services rendered during the Compensation Period in connection with the Debtor's chapter 11 case. There exists no agreement or understanding between DRC and any other person for the sharing of any compensation to be received for services rendered by DRC in the Debtor's chapter 11 case.

8. All services for which compensation is requested by DRC pursuant to this Application were performed for or on behalf of the Debtor in this chapter 11 case.

9. This is DRC's First Monthly Application.

## SUMMARY OF SERVICES RENDERED

10. DRC has maintained detailed records of the time spent in the rendition of professional services to the Debtor during the Compensation Period. Attached hereto as <u>Exhibit A</u> and incorporated herein by reference is a true and correct copy of the monthly billing statements prepared for the services rendered in this case by DRC. The billing statement is in the same form regularly used by DRC to bill its clients for services rendered and includes the date that the services were rendered, a detailed, contemporaneous narrative description of the services provided, the amount of time spent for each service and the designation of the professional who performed the service.

11. DRC rendered 49.5 hours of professional services during the Compensation Period resulting in fees totaling $10,895.00 and incurred reasonable and necessary expenses totaling $22.88.

12. Set forth below are the rates for the expenses incurred by DRC for which reimbursement is requested pursuant to this First Monthly Application, as well as the basis for such rates for the identified expense items:

(a) Copy charges and Laser Printing and Faxing: DRC charges $0.08 per image for copies and laser printing and $0.10 per image for scanning and such charge is based on an analysis of the cost to DRC to make a copy, a laser print, or a scan. DRC charges $0.09 per page for outgoing facsimile transmissions and there is no charge for incoming fax transmissions.

13. Attached hereto as <u>Exhibit B</u> and incorporated herein by reference is a summary by category of the expenses and, if applicable, detailed information on certain of the expenses incurred by DRC for which reimbursement is requested.

14. The general areas in which DRC has rendered services to the Debtor during the Compensation Period may be broadly characterized as follows:

(a) <u>Preparation of Schedules of Assets and Liabilities and Statement of Financial Affairs</u> (the "Schedules & Statements"). – DRC professionals assisted the Debtor in preparing for court filing their Schedules & Statements.

(b) <u>Retention</u>. – DRC performed services in compliance with the Bankruptcy Code retention requirements. DRC professionals prepared DRC's section 327 retention application and affidavit of disinterestedness and supplement thereto.

(c) <u>Fee Application Preparation</u> - DRC professionals performed services in compliance with the Bankruptcy Code's compensation requirements. DRC professionals reviewed the interim compensation order in connection with preparation of DRC's monthly fee statements.

15. The generality of the foregoing description is amplified on a day-to-day basis by the billing statements attached as <u>Exhibit A</u>.

16. Annexed hereto and made part hereof is the Certification of Colleen McCormick, pursuant to Section 504 of the Bankruptcy Code.

17. Pursuant to the Administrative Fee Order, professionals are entitled to compensation from the Debtor's estate and may be paid 80% of their allowed monthly fees and 100% of allowed expenses. The Administrative Fee Order specifically provides that all fees and expenses received remain subject to the Court's final approval and allowance. Thus, through this First Monthly Application, DRC seeks interim payment of $8,716.00 (80% of $10,895.00) in fees and $22.88 in expenses.

WHEREFORE, DRC respectfully requests (a) interim allowance of its fees for services rendered during the Compensation Period in the amount of $10,895.00; (b) payment for services rendered during the Compensation Period in the amount of $8,716.00 (80% of $10,895.00), and (c) allowance and reimbursement of $22.88 in actual and necessary expenses incurred during the Compensation Period.

Dated: Brooklyn, New York
      February 23, 2015

Respectfully submitted,

DONLIN, RECANO & COMPANY, INC.

By: _/s/ Colleen McCormick_
Colleen McCormick
Chief Operating Officer
Donlin, Recano & Company, Inc.
6201 15th Avenue
Brooklyn, NY 11219
Telephone: (212) 481-1411
Facsimile: (212) 481-1416
E-mail: cmccormick@donlinrecano.com