IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
EGENIX, INC.,                                                :  Case No. 14-12818 (BLS)
                                                             :
        Debtor.[1]                                           :  Related to Docket No. 86
                                                             :
------------------------------------------------------------ x

**NOTICE OF FILING OF REVISIONS TO ORDER
(I) AUTHORIZING DEBTOR TO OBTAIN POSTPETITION
SECURED FINANCING PURSUANT TO 11 U.S.C. §§ 105, 362
AND 364 AND (II) GRANTING LIENS AND SUPERPRIORITY
CLAIMS TO DIP LENDERS PURSUANT TO 11 U.S.C. § 364**

PLEASE TAKE NOTICE that, on February 11, 2015, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the Debtor's Motion for Entry of Order (I) Authorizing Debtor to Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105, 362 and 364(c) and (II) Granting Liens and Superpriority Claims to DIP Lenders Pursuant To 11 U.S.C. § 364 [Docket No. 86] (the "DIP Financing Motion"), including a proposed form of order granting the motion (the "DIP Financing Order").

PLEASE TAKE FURTHER NOTICE that the Debtor has revised the DIP Financing Order to, among other things, reflect comments from parties in interest (the "Amended Order").

---

[1] The last four digits of the Debtor's federal tax identification number are 0172. The mailing address for the Debtor is 2363 Clove Road, LaGrangeville, NY 12540.

53653/0001-11576860v1

PLEASE TAKE FURTHER NOTICE that a blackline version of the Amended Order is attached hereto as <u>Exhibit A</u>, which blackline reflects all revisions to the DIP Financing Order since its filing on February 11, 2015.

Dated: Wilmington, Delaware
       March 2, 2015

                          COLE SCHOTZ P.C.

                          /s/ David R. Hurst
                          David R. Hurst (I.D. No. 3743)
                          J. Kate Stickles (I.D. No. 2917)
                          500 Delaware Avenue, Suite 1410
                          Wilmington, Delaware 19801
                          Telephone: (302) 652-3131
                          Facsimile: (302) 652-3117

                          – and –

                          Daniel F.X. Geoghan
                          Jacob S. Frumkin
                          900 Third Avenue, 16th Floor
                          New York, New York 10022
                          Telephone: (212) 752-8000
                          Facsimile: (212) 752-8393

                          *Counsel for Debtor and*
                          *Debtor-in-Possession*