IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
:
EGENIX, INC., : Case No. 14-12818 (BLS)
:
Debtor.[1] :
:
------------------------------------------------------------ x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 4, 2015 AT 11:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON[2]

## CERTIFICATION OF COUNSEL/CERTIFICATION OF NO OBJECTION

1. Application of the Official Committee of Unsecured Creditors of Egenix, Inc. for an Order Authorizing the Committee to Retain and Employ Archer & Greiner, P.C. as its Counsel Pursuant to 11 U.SC. §§ 328 and 1103 and Fed. R. Bankr. P 2014 *Nunc Pro Tunc* to January 22, 2015 (Docket No. 82) (Filed February 10, 2015)

    Related Pleadings:

    (a) Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Egenix, Inc. for an Order Authorizing the Committee to Retain and Employ Archer & Greiner, P.C. as its Counsel Pursuant to 11 U.SC. §§ 328 and 1103 and Fed. R. Bankr. P 2014 *Nunc Pro Tunc* to January 22, 2015 (Docket No. 108) (Filed February 27, 2015)

    Objection Deadline: February 25, 2015 at 4:00 p.m.

    Responses Received:

    (a) Informal Comments by the United States Trustee

---

[1] The last four digits of the Debtor's federal tax identification number are 0172. The mailing address for the Debtor is 2363 Clove Road, LaGrangeville, NY 12540.

[2] The hearing will be held before The Honorable Brendan Linehan Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Time) on Tuesday, March 3, 2015 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.

Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

2. Application for Entry of an Order Authorizing the Retention and Employment of Carl Marks Advisory Group LLC as Financial Advisor to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to January 22, 2015, and Waiver of Local Rule 2016-2(d) (Docket No. 83) (Filed February 10, 2015)

Related Pleadings:

(a) First Supplemental Declaration of Christopher K. Wu in Support of the Application for Entry of an Order Authorizing the Retention and Employment of Carl Marks Advisory Group LLC as Financial Advisor to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to January 22, 2015, and Waiver of Local Rule 2016-2(d) (Docket No. 107) (Filed February 27, 2015)

(b) Certification of Counsel Regarding Application for Entry of an Order Authorizing the Retention and Employment of Carl Marks Advisory Group LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to January 22, 2015, and Waiver of Local Rule 2016-2(d) (Docket No. 109) (Filed February 27, 2015)

Objection Deadline: February 25, 2015 at 4:00 p.m.

Responses Received:

(a) Informal Comments by the United States Trustee

(b) Informal Comments by the Debtors

Status: A Certification of Counsel, together with a revised form of order, was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

3. Debtor's Motion for Order Authorizing Prepetition Payment to Cayman Chemical Company Pursuant to 11 U.S.C. §§ 105(a), 363(b), 1107(a) and 1108 and Fed. R. Bankr. P. 6004 (Docket No. 85) (Filed February 11, 2015)

Related Pleadings:

(a) Certification of No Objection Regarding Debtor's Motion for Order Authorizing Prepetition Payment to Cayman Chemical Company Pursuant to 11 U.S.C. §§ 105(a), 363(b), 1107(a) and 1108 and Fed. R. Bankr. P. 6004 (Docket No. 110) (Filed March 2, 2015)

Objection Deadline: February 25, 2015 at 4:00 p.m.
(On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on February 27, 2015 for the Official Committee of Unsecured Creditors.)

Responses Received: None.

Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

## MATTERS GOING FORWARD

4. Debtor's Motion for Entry of Order (I) Authorizing Debtor to Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105, 362 and 364(c) and (II) Granting Liens and Superpriority Claims to DIP Lenders Pursuant to 11 U.S.C. § 364 (Docket No. 86) (Filed February 11, 2015)

   Related Pleadings:

   (a) Notice of Filing of Revisions To Order (I) Authorizing Debtor To Obtain Postpetition Secured Financing Pursuant To 11 U.S.C. §§ 105, 362 and 364 and (II) Granting Liens and Superpriority Claims To DIP Lenders Pursuant To 11 U.S.C. § 364 (Docket No. 111) (Filed March 2, 2015)

   Objection Deadline: February 25, 2015 at 4:00 p.m.
   (On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on February 27, 2015 for the Official Committee of Unsecured Creditors.)

   Responses Received:

   (a) United States Trustee's Objection to Debtor's Motion for Entry of Order (i) Authorizing Debtor to Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105, 362 and 364(c) and (ii) Granting Liens and Superpriority Claims to DIP Lenders Pursuant to 11 U.S.C. § 364 (Docket No. 103) (Filed February 25, 2015)

   (b) Debtor's Response to United States Trustee's Objection to Debtor's Motion for Entry of Order (i) Authorizing Debtor to Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105, 362 and 364(c) and (ii) Granting Liens and Superpriority Claims to DIP Lenders Pursuant to 11 U.S.C. § 364 (Docket No. 112) (Filed March 2, 2015)

   (c) Informal Comments by Official Committee of Unsecured Creditors

   Status: This matter will be going forward.

5.  United States Trustee's Motion for Entry of an Order Converting the Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) (Docket No. 87) (Filed February 11, 2015)

    Objection Deadline: February 25, 2015 at 4:00 p.m.

    Responses Received:

    (a) Debtor's Objection to United States Trustee's Motion for Entry of Order Converting the Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) (Docket No. 104) (Filed February 25, 2015)

    Status:     This matter will be going forward.

6.  Motion of Victor F. Keen for Order Enlarging the Claims Bar Date (Docket No. 95) (Filed February 20, 2015)

    Related Pleadings:

    (a) Order Granting Motion to Shorten Time With Respect To Motion of Victor F. Keen for Order Enlarging the Claims Bar Date (Docket No. 97) (Entered February 23, 2015)

    Objection Deadline: February 27, 2015 at 4:00 p.m.

    Responses Received: None.

    Status:     This matter will be going forward.

Dated: Wilmington, Delaware
       March 2, 2015

                                COLE SCHOTZ P.C.

                                /s/ David R. Hurst
                                David R. Hurst (I.D. No. 3743)
                                J. Kate Stickles (I.D. No. 2917)
                                500 Delaware Avenue, Suite 1410
                                Wilmington, Delaware 19801
                                Telephone: (302) 652-3131
                                Facsimile: (302) 652-3117

                                *Counsel for Debtor and
                                Debtor-in-Possession*