IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                        :

In re:                                             :     Chapter 11

EGENIX, INC.,                           :     Case No. 14-12818 (BLS)

           Debtor.[1]                       :

------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                )   ss:
COUNTY OF KINGS      )

I, Robert Rotman, declare:

    1.    I am over the age of 18 years and not a party to this chapter 11 case.

    2.    I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

    3.    On the 16th day of March, 2015, I caused a true and accurate copy of the "Notice of Third Amended Agenda of Matters Scheduled for Hearing on March 19, 2015 at 12:00 p.m. (Eastern Time) Before the Honorable Brendan Linehan Shannon" (Docket No. 131), to be served upon the parties as set forth in Exhibit 1, attached hereto, via facsimile.

---

[1]     The last four digits of the Debtor's federal tax identification number are 0172. The mailing address for the Debtor is 2363 Clove Road, LaGrangeville, NY 12540.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 17th day of March, 2015 at Brooklyn, New York.

By: _____
Robert Rotman

Sworn before me this
17th day of March, 2015

_____
Notary Public

**EXHIBIT 1**

| 000035P006-1324S-029<br>ARCHER & GREINER P.C.<br>ATTN: DAVID CARICKHOFF, JR.<br>300 DELAWARE AVENUE<br>SUITE 1370<br>WILMINGTON DE 19801<br>Fax#: 302-777-4352 | 000038P001-1324S-029<br>ARCHER & GREINER P.C.<br>ATTN: JENNIFER DERING<br>300 DELAWARE AVE.<br>SUITE 1370<br>WILMINGTON DE 19801<br>Fax#: 302-777-4352 | 000036P002-1324S-029<br>ASHBY & GEDDES, P.A.<br>ATTNS: WILLIAM BOWDEN<br>500 DELAWARE AVE.<br>P.O. BOX 1150<br>WILMINGTON DE 19899<br>Fax#: (302) 654-2067 | 000037P002-1324S-029<br>ASHBY & GEDDES, P.A.<br>ATTN: GREGORY TAYLOR<br>500 DELAWARE AVE.<br>P.O. BOX 1150<br>WILMINGTON DE 19899<br>Fax#: (302) 654-2067 |
|---|---|---|---|
| 001565P001-1324A-029<br>CONNOLLY GALLAGHER LLP<br>ATTNS: JEFFREY WISLER; N. CHRIS GRIFFITHS<br>1000 WEST ST., SUITE 1400<br>WILMINGTON DE 19801<br>Fax#: (302) 658-0380 | 000033P001-1324S-029<br>MORGAN, LEWIS & BOCKIUS LLP<br>JODY C. BARILLARE<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET, SUITE 501<br>WILMINGTON DE 19801<br>Fax#: 302-574-3001 | 000034P001-1324S-029<br>MORGAN, LEWIS & BOCKIUS LLP<br>ANDREW J. GALLO<br>ONE FEDERAL STREET<br>BOSTON MA 02110-1726<br>Fax#: 617-951-8736 | 000003P004-1324S-029<br>OFFICE OF THE U.S. TRUSTEE<br>ATTN: TIMOTHY J. FOX, JR., ESQ.<br>J. CALEB BOGGS FEDERAL BLDG.<br>844 KING ST., STE 2207, LOCKBOX 35<br>WILMINGTON DE 19801<br>Fax#: (302) 573-6497 |

Records Printed :   8