# SIGN-IN SHEET

**CASE NAME:** EGENIX, INC.  
**CASE NO.:** 14-12818

**COURTROOM NO.:** 1- JUDGE SHANNON  
**DATE:** MARCH 19, 2015

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy J. Fox, Jr. | U.S. Trustee | |
| David L. Buchbinder | " " | |
| David Carickhoff | Archer & Greiner | Creditors' Committee |
| Douglas Lenney | " | " |
| David R. Hurst | Cole Schotz P.C. | Debtors |
| David F.X. Greinman | " | " |
| Greg Taylor | Ashby + Geddes | DIP Lenders |
| Jeffrey Wisler | Connolly Gallagher | Victor Keen + James Toro |
| Christopher Griffiths | " " | " " " " " |