IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
:
EGENIX, INC., : Case No. 14-12818 (BLS)
:
       Debtor.[1] :
:
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                 ) ss:
COUNTY OF KINGS     )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 20th day of July, 2015, I caused a true and accurate copy of the "Notice of Filing of (I) Asset Purchase Agreement, By and Between Debtor and Bantam Pharmaceutical, LLC, and (II) Revisions to Stalking Horse Asset Purchase Agreement", along with the relevant exhibits (Docket No. 311), to be served via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 1; via USPS Express Mail Overnight upon the parties as set forth in Exhibit 2; and via First Class US Mail upon the party as set forth in Exhibit 3, attached hereto.

---

[1] The last four digits of the Debtor's federal tax identification number are 0172. The mailing address for the Debtor is 2363 Clove Road, LaGrangeville, NY 12540.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of July, 2015 at Brooklyn, New York.

By **/s/ Sung Jae Kim**
Sung Kim

Sworn before me this
20th day of July, 2015

_____
Notary Public

[Notary stamp: ROBERT ROTMAN, NOTARY PUBLIC STATE OF NEW YORK, NEW YORK COUNTY, Commission expires September 24, 2017]

EGE000079

**EXHIBIT 1**

# Egenix, Inc.
# Federal Express
# Exhibit Page

Page # : 1 of 1                                                                                                                07/20/2015 04:13:44 PM

| | | | |
|---|---|---|---|
| 000035P006-1324S-078<br>ARCHER & GREINER P.C.<br>ATTN: DAVID CARICKHOFF, JR.<br>300 DELAWARE AVENUE<br>SUITE 1370<br>WILMINGTON DE 19801 | 000038P001-1324S-078<br>ARCHER & GREINER P.C.<br>ATTN: JENNIFER DERING<br>300 DELAWARE AVE.<br>SUITE 1370<br>WILMINGTON DE 19801 | 000010P001-1324S-078<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON<br>BANKRUPTCY ADMINISTRATOR<br>CSOB 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | 000008P001-1324S-078<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER DE 19901 |
| 000009P001-1324S-078<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER DE 19904 | 000039P001-1324S-078<br>GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>THE NEMOURS BUILDING<br>1007 N. ORANGE ST., SUTE 1200<br>WILMINGTON DE 19801 | 000002P001-1324S-078<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000033P001-1324S-078<br>MORGAN, LEWIS & BOCKIUS LLP<br>JODY C. BARILLARE<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET, SUITE 501<br>WILMINGTON DE 19801 |
| 000034P001-1324S-078<br>MORGAN, LEWIS & BOCKIUS LLP<br>ANDREW J. GALLO<br>ONE FEDERAL STREET<br>BOSTON MA 02110-1726 | 000005P002-1324S-078<br>SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | 000006P001-1324S-078<br>SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>OFFICE OF GEN. COUNSEL<br>100 F STREET NE<br>WASHINGTON DC 20549 | 000040P001-1324S-078<br>THE LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.<br>DOUGLAS T. TABACHNIK<br>63 WEST MAIN STREET<br>SUITE C<br>FREEHOLD NJ 07728 |
| 000007P001-1324S-078<br>US ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1007 N. ORANGE STREET<br>WILMINGTON DE 19801 | | | |

Records Printed :          13

**EXHIBIT 2**

# Egenix, Inc.
## USPS Express Mail
## Exhibit Page

Page # : 1 of 1                                                                                          07/20/2015  04:12:36 PM

| | | | |
|---|---|---|---|
| 000036P003-1324S-078<br>ASHBY & GEDDES, P.A.<br>ATTNS: WILLIAM BOWDEN<br>500 DELAWARE AVE., 8TH FL.<br>P.O. BOX 1150<br>WILMINGTON DE 19899- | 000037P003-1324S-078<br>ASHBY & GEDDES, P.A.<br>ATTN: GREGORY TAYLOR<br>500 DELAWARE AVE., 8TH FL.<br>P.O. BOX 1150<br>WILMINGTON DE 19899- | 000001P002-1324S-078<br>INTERNAL REVENUE SERVICE<br>CENTRAL INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101 | 000003P004-1324S-078<br>OFFICE OF THE U.S. TRUSTEE<br>ATTN: TIMOTHY J. FOX, JR., ESQ.<br>J. CALEB BOGGS FEDERAL BLDG.<br>844 KING ST., STE 2207, LOCKBOX 35<br>WILMINGTON DE 19801- |
| 000004P001-1324S-078<br>SECRETARY OF STATE<br>DIVISION OF CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903- | | | |

Records Printed :                 5

# EXHIBIT 3

**Egenix, Inc.**
**Exhibit Page**

Page # : 1 of 1                                                                                              07/20/2015 04:19:11 PM

001565P001-1324A-077
CONNOLLY GALLAGHER LLP
ATTNS: JEFFREY WISLER; N. CHRIS GRIFFITHS
1000 WEST ST., SUITE 1400
WILMINGTON DE 19801

Records Printed :            1